The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN BAKER, | NO.  2:24-cv-00776-TL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| FA REDMOND PAD, LLC; FA REDMOND, LLC; Brian Franklin in his official capacity, and Nat Franklin in his official capacity, | |
| Defendants. | |

In accordance with Section V.B of Judge Tana Lin's Standing Order for All Civil Cases, the Parties hereby notify the Court that they have reached a settlement and are in the process of documenting it by a written agreement.

The Parties request that the Court set a deadline of September 9, 2024 for the submission of a stipulated dismissal.

///

///

///

NOTICE OF SETTLEMENT - 1
No. 2:24-cv-00776-TL

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: August 9, 2024.

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

By    */s/ Conrad Reynoldson [email authorization]*
   Conrad Reynoldson, WSBA #48187
   Marielle Maxwell, WSBA #54957
   4115 Roosevelt Way NE, Suite B
   Seattle, WA 98105
   Telephone: (206) 876-8515
   Email:  conrad@wacda.com
   Email:  marielle@wacda.com

*Attorneys for Plaintiff*

**FENNEMORE CRAIG, P.C.**

By    */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   Sarah Gohmann Bigelow, WSBA #43634
   1425 Fourth Avenue, Suite 800
   Seattle, WA  98101-2272
   Tel: (206) 749-0500; Fax (206) 749-0600
   Email:  swilley@fennemorelaw.com
   Email:  sgohmann@fennemorelaw.com

*Attorneys for Defendants*

NOTICE OF SETTLEMENT - 2
No. 2:24-cv-00776-TL

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 9, 2024.

_____
Xiaoshi Zhang

CERTIFICATE OF SERVICE
No. 2:24-cv-00776-TL

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500