The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>FA REDMOND PAD, LLC; FA REDMOND, LLC; Brian Franklin in his official capacity, and Nat Franklin in his official capacity,<br><br>    Defendants. | NO.   2:24-cv-00776-TL<br><br>**STIPULATED MOTION AND [*PROPOSED*] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>September, 13, 2024 |

## I.   STIPULATION

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's Minute Order dated August 14, 2024 (*see* ECF-13), Plaintiff and Defendants, by and through their undersigned counsel of record, stipulate and agree to the dismissal of this action with prejudice, with each party to bear its or his own costs and fees.

STIPULATED MOTION AND [*PROPOSED*] ORDER OF DISMISSAL WITH PREJUDICE
No. 2:24-cv-00776-TL

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

DATED: September 13, 2024.

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

By   *s/ Conrad Reynoldson [with email authorization]*
　　Conrad Reynoldson, WSBA #48187
　　4115 Roosevelt Way NE, Suite B
　　Seattle, WA 98105
　　Telephone: (206) 876-8515
　　Email:  conrad@wacda.com

*Attorneys for Plaintiff*

**FENNEMORE CRAIG, P.C.**

By   *s/ Stephen C. Willey*
　　Stephen C. Willey, WSBA #24499
　　Sarah Gohmann Bigelow, WSBA #43634
　　1425 Fourth Avenue, Suite 800
　　Seattle, WA 98101
　　Telephone: (206) 749-0500
　　Email:  swilley@fennemorelaw.com
　　Email:  sgohmann@fennemorelaw.com

*Attorneys for Defendants*

## II.   [~~PROPOSED~~] ORDER

In accordance with the stipulation of the parties, all of whom have appeared herein, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.  Each party shall bear its or his own costs and fees.

The Clerk is directed to close the file in this matter.

**IT IS SO ORDERED.**

DATED: September 16th, 2024.

_____
The Honorable Tana Lin

STIPULATED MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
No. 2:24-cv-00776-TL

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 13, 2024.

_____
Xiaoshi Zhang

CERTIFICATE OF SERVICE
No. 2:24-cv-00776-TL

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500